UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA WRIGHT and
DANIEL L. WRIGHT,

       Plaintiffs,                          Civil Action No.
                                       09-CV-12866

vs.

                                       HON. BERNARD A. FRIEDMAN

JOSEPH BATTANI,
JACK M. LENAVITT,
DAVID J. LENAVITT and
JAY E. FELDSTEIN,

       Defendants.
_____/

### J U D G M E N T

        The court has issued an opinion and order dismissing the complaint, without prejudice, for lack of subject matter jurisdiction.  Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.

                                       DAVID J. WEAVER
                                       CLERK OF COURT

                                     By: Carol L. Mullins
                                         Deputy Clerk

September 21, 2009

Approved:__s/Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE